No. 10–10551. CUMMINGS, AKA DAVILA v. UNITED STATES, *ante*, p. 1027. Petitions for rehearing denied.

No. 10–10336. MINCEY v. UNITED STATES, 563 U. S. 1042. Petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9361. CUNNINGHAM v. PALMER, WARDEN, 563 U. S. 993. Motion for leave to file petition for rehearing denied.

SEPTEMBER 9, 2011

No. 11–22. JENKINS, WARDEN v. SUSSMAN. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 46.1.

SEPTEMBER 13, 2011

No. 11–6194 (11A258). WOODS v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

SEPTEMBER 15, 2011

No. 11–6372 (11A295). IN RE BUCK. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 11–6391 (11A297). BUCK v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the sending down of the judgment of this Court.